

# THE THIRTEENTH COURT OF APPEALS

## 13-18-00180-CR

Jose Marvin Villalta
v.
The State of Texas

On Appeal from the
County Court at Law No. 5 of Montgomery County, Texas
Trial Cause No. 17-319794

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be AFFIRMED. The Court orders the judgment of the trial court AFFIRMED.

We further order this decision certified below for observance.

April 18, 2019